# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>SCOTT E. MINK,<br><br>                   Defendant. | 8:05CR449<br><br>ORDER |

Defendant Scott E. Mink appeared before the court on July 25, 2018 on a Petition for Offender Under Supervision [53]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Martin J. Conboy, IV. The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision with the additional condition of completing his chemical dependency evaluation at Encore on July 26, 2018.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on September 20, 2018, at 1:30 p.m. The defendant must be present in person.

2. The defendant is released on current conditions of supervision with the additional condition that he complete his chemical dependency evaluation with Encore on July 26, 2018.

Dated this 25th day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge